JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA LANIER, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAFWAY ATLANTIC, LLC, a Delaware limited liability company; MARILU ESPARZA, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:21-cv-08394-FLA (PVCx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [DKT. 27]**<br><br>Complaint Filed:　September 22, 2021<br>Trial Date: May 16, 2023 |

## ORDER

On September 15, 2022, the parties filed a Joint Stipulation for Dismissal with Prejudice ("Stipulation").  Dkt. 27.  Having considered the Stipulation and finding good cause therefor, the court hereby GRANTS the Stipulation and DISMISSES the entire action with prejudice, including all claims stated against all parties, with each party to bear its own attorney's fees and costs.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 16, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　United States District Judge